IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
NO.: 14-4171

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff-Appellee,  )<br>  )<br>vs  )<br>  )<br>WILLIAM CHRISTOPHER BUTLER,  )<br>    Defendant-Appellant.  )<br>_____) | MOTION TO WITHDRAW<br>AS COUNSEL OF RECORD |

    COMES NOW, J. Merritt Wagoner, and hereby moves this Court to allow him to withdraw as counsel of record for the defendant above-named, William Christopher Butler. In furtherance of this motion, counsel asserts that the defendant has asked him to file a Notice of Appeal on the Judgment from February 20, 2014. Counsel believes the defendant will claim ineffective assistance of counsel. This assertion creates a conflict of interest for the undersigned counsel. Counsel requests this motion be granted and alternative counsel be appointed for the defendant. Defendant has been advised of his right to respond to this motion within 7 days.

    WHEREFORE, counsel for the defendant moves this Court to allow him to withdraw from this matter and to appoint alternative counsel for the defendant.

Respectfully submitted this 11th day of March, 2014.

                        The Wagoner Law Firm, PLLC

        By:   /s/ J. Merritt Wagoner
               J. Merritt Wagoner
               Attorney for Defendant
               401 Chestnut Street, Suite K
               Wilmington, N.C. 28401
               (910) 341-4529 phone
               (910) 920-9097 fax
               merrittwagoner@hotmail.com email
               N.C. State Bar No. 32978
               LR 57.1, Appointed

## CERTIFICATE OF SERVICE

I, J. Merritt Wagoner, hereby certify that I caused the foregoing Motion to Withdraw to be served on the defendant by United States Mail, and electronically served on Ethan Ontjes, AUSA, and Jennifer May-Parker, AUSA, on March 11, 2014.

                        The Wagoner Law Firm, PLLC

        By:   /s/ J. Merritt Wagoner
               J. Merritt Wagoner
               Attorney for Defendant
               401 Chestnut Street, Suite K
               Wilmington, N.C. 28401
               (910) 341-4529 phone
               (910) 920-9097 fax
               merrittwagoner@hotmail.com email
               N.C. State Bar No. 32978
               LR 57.1, Appointed